UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

case No: 2:21-cr-00010-BWC

XAVIER LEVAR SMITH,
MOVANT,

V.

UNITED STATES OF AMERICA,
RESPONDANT,

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 22 2025

FILED

CV225- 94

## PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### ** 1. INTRODUCTION **

Petitioner, XAVIER LEVAR SMITH, respectfully submits this petition for Writ of Habeas Corpus under 28 U.S.C.§ 2241, challenging the refusal of the Bureau of Prisons ("BOP") to (1) expunge from Petitioner's central file the conviction under 18 U.S.C.§ 13 (Assimilative crimes Act, incorporating O.C.G.A. § 16-6-8, Public Indecency), and (2) restore good time credit lost as a result of the vacated conviction. Petitioner further request the Court excuse any delay in the filing of this Petition due to circumstances beyond Petitioner's control. (SEE Exhibit C)

### ** 2. JURISDICTION AND VENUE**

1. This court has jurisdiction under 28 U.S.C. § 2241 because Petitioner is in custody under the authority of the United States, and challenges the execution and administration of the sentence by the B.O.P.
2. Venue is proper in this district because Petitioner is confined at Berlin- F.C.I., located in this district.

---

### ** 3. STATEMENT OF FACTS**

1. Petitioner was convicted under the Assimilative Crimes Act, 18 U.S.C. § 13, incorporating O.C.G.A. § 16-6-8 (Public Indecency), and sentenced to an Additional 6 month sentence. (See Exhibit C).

2. On 11/29/21, the United States District Court of the Southern District of GEORGIA issued an order vacating Petitioner's conviction and sentence. (Exhibit B, Court Order).
3. Despite this order, the B.O.P has refused to expunge the conviction from Petitioner's central file and has not restored the good time credit lost as a result of the conviction and related disciplinary proceedings.
4. Petitioner has exhausted all availible administrative remedies with the B.O.P., as shown in the attached exhibits. (See Exhibit E ATTACHMENT).
5. The ongoing presence of the vacated onviction in Petitioner's file and the refusal to restore good time credit constitutes a continuing injury, affecting Petitioner's eligibility for release and other privileges.

☆☆ 4. GROUNDS FOR RELIEF☆☆

☆☆ Ground One:☆☆ The B.O.P's refusal to expunge the vacated conviction from Petitioners central file is unlawful and violates due process.

☆☆ Ground Two☆☆ The B.O.P's refusal to restore good time credits lost due to a conviction that has since been vacated is arbitrary, capricious, and violates due process and the statutory rights under the First Step Act and 18 U.S.C. § 3624(b).

☆☆ Ground Three:☆☆ Any lateness in filing this Petition should be excused due to the regional Mail office loosing Petitioner's mail. (See Exhibit G). Aswell as newly discovered evidence, Lack of legal resources, and because the ongoing injury is a continuing violation.

---

☆☆ 5. REQUEST FOR RELIEF☆☆

WHEREFORE, Petitioner respectfully request that this court:
1. Issue an Order to Show Cause to the Respondant.
2. Grant the writ, directing the B.O.P. to expunge the Vacated conviction from Petitioner's central file.
3. Order the B.O.P. to restore all good time credits lost as a result of the vacated conviction.
4. Excuse any delay in filing this Petition as justified under the circumstances.
5. Grant such other and further relief as the Court deems just and proper.

—

☆☆ Respectfully submitted,☆☆
XAVIER SMITH # 193-68-104
Federal Correctional Institution- Berlin
P.O. Box #9000 Berlin, NH 03570

*Xavier Smith*

BENJAMIN W. CHEESEBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
P.O. Box 1130 AUGUSTA, GEORGIA 30903

**Exhibits**

1. Exhibit A : Clerk of court letter requesting court to supress documents.

2. Exhibit B : first court order vacating § 2255 motion 11/29/21.

3. Exhibit C : Petitioner's prior convictions Sentencing monitoring Computation Data Sheet.

4. Exhibit D : 2nd Court order of notice to Petitioner to file § 2241 after the exhuastion of the administrative remedy procedure.

5.Exhibit E : Completion of administrative remedy procedure.

6. Exhibit F : Mail Custody Classification form showing custody points and custody level.

7. Exhibit G : Tracking number on motion being lost at the regional facility in Berlin New Hamshire.

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA



JOHN E. TRIPLETT
CLERK OF COURT

ELIZABETH N. SLATER
CHIEF DEPUTY CLERK

December 9, 2021

Mr. Xavier Smith
(#193-68-104-E2-108-L)
Pollock FCI
PO Box 4050
Pollock, LA 71467-4050

Mr. Smith:

Your letter dated December 2, 2021 requesting various documents regarding your criminal case (CR 221-010-001) has been received. You indicated in your letter that the date of imposition of your judgment was 3/17/21; however, a Joint 28 U.S.C. § 2255 Motion was granted, and an Order was entered vacating your sentence. A copy of the Order is enclosed for your reference.

The requested documents, described below, totals 15 pages. The Clerk's office charges $0.50 per page for copies. Please remit the appropriate amount to the Clerk, U.S. District Court and indicate the case number and the docket number of the copy you wish to obtain.

- Information: 2 pages (***please note you were charged by Information, not an Indictment***)
- Plea Agreement: 13 pages

For any sentencing transcript requests, please contact Debbie Gilbert at 912.262.2608.

JOHN E. TRIPLETT, Clerk of Court

Deputy Clerk

AUGUSTA FEDERAL COURTHOUSE ◆600 JAMES BROWN BLVD ◆ AUGUSTA, GA 30901 ◆706-849-4400
FRANK M. SCARLETT FEDERAL BUILDING ◆ 801 GLOUCESTER STREET ◆ BRUNSWICK, GA 31520 ◆912-280-1330
J. ROY ROWLAND U.S. COURTHOUSE ◆ 100 NORTH FRANKLIN STREET ◆ DUBLIN, GA 31021
TOMOCHICHI FEDERAL BUILDING AND U.S. COURTHOUSE ◆ 124 BARNARD STREET ◆ SAVANNAH, GA 31401 ◆912-650-4020
WAYCROSS FEDERAL COURTHOUSE ◆ 601 TEBEAU STREET ◆ WAYCROSS, GA 31501
STATESBORO FEDERAL COURTHOUSE ◆ 52 NORTH MAIN STREET ◆ STATESBORO, GA 30458

**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

    v.

XAVIER SMITH,

       Defendant.

CASE NO.: 2:21-cr-10

## O R D E R

This matter is before the Court on the parties Joint 28 U.S.C. § 2255 Motion to Vacate

Smith's conviction.  Doc. 27.  Upon consideration of all facts and circumstances, the Court finds

that the motion is due to be granted.  It is therefore ordered that the motion is **GRANTED** and

Smith's conviction is **VACATED**.

**SO ORDERED**, this 29th day of November, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**EXHIBIT C**

```
  HAF88  540*23 *            SENTENCE MONITORING        *      03-10-2023
PAGE 002 OF 002 *            COMPUTATION DATA           *    . 06:48:43
                             AS OF 03-10-2023

REGNO..: 19368-104 NAME: SMITH, XAVIER LEVAR


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-12-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-14-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-01-2019
TOTAL TERM IN EFFECT............: 180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:  15 YEARS
EARLIEST DATE OF OFFENSE........: 06-27-2018

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    06-27-2018    06-30-2019

TOTAL PRIOR CREDIT TIME.........: 369
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 675
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 08-21-2031
ELDERLY OFFENDER TWO THIRDS DATE: 06-27-2028
EXPIRATION FULL TERM DATE.......: 06-26-2033
TIME SERVED.....................:    4 YEARS     8 MONTHS     12 DAYS
PERCENTAGE OF FULL TERM SERVED..:   31.3
PERCENT OF STATUTORY TERM SERVED:   35.7

PROJECTED SATISFACTION DATE.....: 08-21-2031
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........: 07/17/19 COMP CMPLT L/ALH. 6-11-20 GCT UPDT L/KDS.
                 3-23-21 ADDTNL 6M SENTENCE (C/S) L/KDS. 04/14/21 DGCT#3427103,
                 DGCT#3403450 L/LDB. 08-02-21 DGCT#3517565 L/LDB.
                 01-06-22 RECV'D ORD VACATING 6M SENTENCE IN 2:21CR00010-1,
                 REDUCED SENTENCE TO ORIGINAL 180M, JWL/L. 10-12-22 UPDT GCT
                 (27DIS), L/JWL.



G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**EXHIBIT D**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

CASE NO.: 2:21-cr-10

v.

XAVIER SMITH,

Defendant.

## O R D E R

This matter is before the Court on Defendant's Motion to Order the Bureau of Prisons to Expunge Prior Convictions in Central File. Doc. 30. Defendant states the Bureau of Prisons is still considering his expunged conviction, resulting in his custody level being higher than it should be and preventing his transfer to an institution with a lower custody level. Id. at 1. Defendant's claim presents a challenge to the execution of his sentence, not the sentence itself. Thus, Defendant should bring his challenge via a 28 U.S.C. § 2241 petition. See Ratcliff v. Coleman, 388 F. App'x 900, 901 (11th Cir. 2010) (citing Antonelli v. Warden, USP Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008), for the proposition challenges to the execution of a sentence are cognizable under § 2241). The Court expresses no view on the relative merits of such a petition. Defendant is advised any desired § 2241 petition should be filed in the District

of his confinement after exhaustion of his administrative remedies.   The Court DENIES

Defendant's Motion

     **SO ORDERED**, this 11th day of May, 2023.


               BENJAMIN W. CHEESBRO
               UNITED STATES MAGISTRATE JUDGE
               SOUTHERN DISTRICT OF GEORGIA

**EXHIBIT E**

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *Team - Lima - Regional* | 10/3/2024 |
| FROM: *Xavier Smith* | REGISTER NO.: 193-68-104 |
| WORK ASSIGNMENT: *N/A* | UNIT: A-4-201-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I went to outside court for three shots. That i received in the B.O.P.. I also took a plea deal with the court and the prosecutor and had one shot removed from my count. Then i accepted the two remaining count's with a deal with six month's added to my current sentence. I appealed my sentence. Then won my 2255 proving ineffective assistantance of counsel. Which the court then vacated my sentence with a court order based on the facts of the accusations being that they went off info and nothing regarding solid evidence.

I then brought these court orders to my unit-team and was told that there was nothing that they could do about it even though i was innocent. Then they removed the six months from my central file. But didn't remove the shot's off my central file. These shot's still remain on my jacket. At this point with my innocense proven by the courts these accussations fall against the law under

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

10/3/24

the statues of double jeopardy and fraud. These shots are also hendering my public safety classification on my male custody classification form. Which is currently set at sex offense. Which is also again a false accusation based on false information. I would like to resove this matter by having these shots removed from my central file. Aswell as my public safety male custody classification form status restored back to it normal classification as soon as possible without me moving forward with the court process. Please and thank you!

Hello, I am assuming the "shots" that the above inmate is referring to are "charges". Team Lima handle sentence computation matters. We don't remove points once the initial classification has been done. After initial classification, his unit team handles the classification process going forth.


Thank you.

BER 1330.18B
ATTACHMENT A

FEDERAL CORRECTIONAL INSTITUTION
BERLIN, NEW HAMPSHIRE
INFORMAL RESOLUTION

Inmate Name: Xavier Smith      Reg. No. 193-68-104
        Unit: A-4-201-L        Date: 11/4/24

**NOTICE TO INMATE**: You are advised that normally prior to filing a
Request for Administrative Remedy, BP-229(13), you must attempt to
informally resolve your complaint through your Correctional
Counselor. Please follow the three steps listed below:

1. State your complaint: I Went to Court for 3 shots
got convicted for them. With a plea deal 6 months
updated on to my Current Sentence. One year later I
filed a 2255 motion and got my sentence Vacated
With a Court order. BOP took off 6 months but not the shots on my
central file.
2. State actions you have made to informally resolve your complaint:
I address This issue with my unit - team They
told me that There is no way that They can
remove These shots from my central file.

3. State resolution you expect: I'm requesting all 3 shots removed
from my Central file. before I move forward
with The Court order.

Inmate's Signature: Xavier Smith      Date: 11/4/24

4. Correctional Counselor's Comments (Steps Taken to Resolve):
You already filed a remedy for this. ID # 1186288.F1

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

_____        _____
Correctional Counselor         Unit Manager

11/13/24                       11/13/24
Date                           Date

|           | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|-----------|-------------|---------------|-------------|---------------|--------------|
| DATE      | 10/29/24    | 11/4/24       | 11/13/24    |               | 11/20/24     |
| TIME      |             |               |             |               |              |
| COUNSELOR |             |               |             |               |              |

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Smith, Xavier, L          193-68-104    A-4-201-L    Bellin, F.C.I.
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A– INMATE REQUEST Complaint: I received 3 Shots Went to Court for these Shots. Took a plea deal and got 6 months added to my current Sentence. I won my 2255 a year later and received a Court order Vacating my Sentence. The B.O.P took the 6 months off of my Sentence: But They never took the Convictions The 3 Shots off of my Central file. Actions taken to resolve Complaint: I took This issue up with my unit-team. They told me, there is no way they can address This issue I also Spoke with (cc.m.c) STAFF in main line he directed me back to my unit-team. *resolution Expected I Just Want The 3 shots removed from my Central file please regarding my innocense of These charges with The Court orders.

11/19/24
DATE                                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 129857-H

                                                  CASE NUMBER: 129857-H

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**EXHIBIT F**

```
 BERCK   606.00  *      MALE CUSTODY CLASSIFICATION FORM        *      03-20-2025
PAGE 001 OF 001                                                          09:32:40
                          (A) IDENTIFYING DATA
REG NO..: 19368-104              FORM DATE: 03-19-2025           ORG: BER
NAME....: SMITH, XAVIER LEVAR

                                  MGTV: NONE
PUB SFTY: SEX OFFN                MVED:
                          (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 77                     CRIM HIST SCORE: (10) 15 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (0) POOR       TYPE DISCIP RPT: (3A) 1 MOD
FREQ DISCIP RPT.: (2) 1          FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+15  +15     0        +15       LOW        N/A               IN     SAME


G5149      INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

EXHIBIT G

2241

Judge
Cheesbro

Tracking Number:

# 9589071052701022806165

Copy    Add to Informed Delivery

## Latest Update

Your package will arrive later than expected, but is still on its way.
It is currently in transit to the next facility.

_____

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Moving Through Network
In Transit to Next Facility, Arriving Late
February 8, 2025


Arrived at USPS Regional Origin Facility
WHITE RIVER JUNCTION VT DISTRIBUTION CENTER
February 4, 2025, 9:42 pm


Departed Post Office
BERLIN, NH 03570
February 4, 2025, 5:04 pm


USPS in possession of item
BERLIN, NH 03570
February 4, 2025, 1:03 pm


**Hide Tracking History**


**What Do USPS Tracking Statuses Mean?**

FCI BERLIN
BER 5800.16
12/12/2024

## OUTGOING SPECIAL MAIL RECEIPT

| Name And Address of Person Receiving Special Mail | Name And Registration Number of Person Sending Special Mail |
|---|---|
| Name: *Clerk of Courts U.S. Court House* | Name: *Xavier Smith* |
| Address: *P.O. Box # 1130* | Registration Number: *#193-68-104* |
| City        State        Zip | Housing Unit: |
| *Augusta      GA       30903* | *B-1   226-L* |

(INMATE SIGNATURE)

(THE FOLLOWING IS TO BE COMPLETED BY STAFF)

## ENTER SIGNATURE, TITLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL

(SIGNATURE AND TITLE)                    (DATE SPECIAL MAIL RECEIVED FROM INMATE)

***Once this receipt is filled out by the inmate, and staff have signed and dated this receipt, the receipt and special mail will be forwarded by staff to the institutional mailroom or outgoing mailbox for further processing. ***

Xavier Smith 19368-104

FCI Berlin

P.O. Box 9000

Berlin, NH 03570





Office of the clerk of courts

Benjamin W. Cheesbro

U.S. Magistrate Judge

Southern district of georgia

P.O. Box # 1130

Augusta, Georgia 30903

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

30903

U.S. POSTAGE PAID
FCM LG ENV
BERLIN, NH 03570
JUL 18, 2025

$0.00

S2324N500496-03

